IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

GARY O. SMITH,

        Plaintiff,

   v.

JUDGE JOHN COLLINS,

        Defendant.

Civil No. 10-706-BR

ORDER TO PROCEED *IN FORMA PAUPERIS*

BROWN, Judge.

    Plaintiff moves to proceed *in forma pauperis* (#1). An examination of the application reveals that plaintiff is unable to afford the costs of this action. Accordingly, IT IS ORDERED that the provisional *in forma pauperis* status given the plaintiff is confirmed. This action may go forward without the payment of fees or costs. However, the Clerk of the Court shall not issue process until further order of the court.

    IT IS SO ORDERED.

    DATED this 4th day of August, 2010.

                               /s/ Anna J. Brown
                               ANNA J. BROWN
                               United States District Judge

1 - ORDER TO PROCEED IN FORMA PAUPERIS -